UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14278-CIV-GRAHAM

VIRGIN RECORDS AMERICA, INC.,
a California corporation, et al.

    Plaintiffs,

vs.

STEPHANIE WIELINSKI,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon a review of the record.

Plaintiff previously filed substantially the same action against the same Defendant, captioned <u>Virgin Records America, Inc., v. Stephanie Wielinski</u>, No. 08-14034-CIV-GRAHAM (the "Prior Action"). That Prior Action was dismissed without prejudice because Plaintiff failed to serve Defendant in accordance with the Federal Rules of Civil Procedure. [<u>See</u> D.E. 6 in Case 08-14034]. The Court will now again remind Plaintiff of the service requirements. Specifically, Federal Rule of Civil Procedure provides, in pertinent part, that

> [i]f a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order service be made within a specified time. But, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

The Court also notes that, under Local Rule 3.8, Plaintiff was required to promptly advise the Court of this re-filed action. While Plaintiff checked Item VI on the Civil Cover sheet for re-filed actions, it failed to specify the prior case number and/or file a notice of re-filed action in the case. Plaintiff shall proceed accordingly as the Court will not tolerate repeat filings from parties that fail to fully comply with the Rules of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of August, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record