UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14278-CIV-GRAHAM

VIRGIN RECORDS AMERICA, INC.,
a California corporation, et al.

      Plaintiffs,

vs.

STEPHANIE WIELINSKI,

      Defendant.

_____/

**CLOSED
CIVIL
CASE**

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 6].

**THE COURT** has considered the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.   It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and all pending motions are **DENIED**, as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of September, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record